■ MICHAEL SMERKA et al., Respondents, v NIAGARA MOHAWK POWER CORPORATION, Appellant. (Appeal No. 2.) [616 NYS2d 274] —Appeal unanimously dismissed without costs *(see,* CPLR 5501 [a] [2]). (Appeal from Order of Supreme Court, Erie County, Glownia, J.—New Trial.) Present—Denman, P. J., Pine, Lawton, Callahan and Davis, JJ.

■ MICHAEL SMERKA et al., Respondents, v NIAGARA MOHAWK POWER CORPORATION, Appellant. (Appeal No. 3.) [616 NYS2d 274] —Appeal unanimously dismissed without costs *(see, Hughes v Nussbaumer, Clarke & Velzy,* 140 AD2d 988; *Chase Manhattan Bank v Roberts & Roberts,* 63 AD2d 566, 567).

(Appeal from Order of Supreme Court, Erie County, Rath, Jr., J.—Summary Judgment.) Present—Denman, P. J., Pine, Lawton, Callahan and Davis, JJ.